JS-6

FILED
CLERK, U.S. DISTRICT COURT

May 30, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ROTH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL BUSINESS FACTORS, INC. OF NEVADA and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: 2:18-CV-03256-SJO-SS<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Plaintiff's Notice of Dismissal filed on May 25, 2018, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, with the right to reopen for (30) days pending consummation of settlement. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

**Date: 5/30/18**

*S. James Otero*

_____
Honorable Judge S. James Otero
United States District Judge